IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CUSTOMBILT FIREARMS MANUFACTURING, L.L.C.,**

      **Plaintiff,**

v.                               Case No. 2:23-cv-02318-KHV-BGS

**UNITED STATES DEPARTMENT OF JUSTICE,
BUREAU OF ALCOHOL, TOBACCO, FIREARMS,
AND EXPLOSIVES,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐   **JURY VERDICT.** This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**Consistent with the ORDER [Doc. 11] filed on April 30, 2024, the Court dismisses plaintiff's claims against defendant without prejudice.**

Dated: 4/30/2024

SKYLER B. O'HARA,
CLERK OF THE DISTRICT COURT

by:

/s/ Jeffrey S. Hokanson
Deputy Clerk